IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAWANN SHAUNTEZ HAYES
#1850884                                                                                                    PLAINTIFF

VS.                                           4:18-CV-00634-BRW

U-HAUL TRUCK RENTAL, *et al*.                                                                DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 21st day of August, 2019.


                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE